IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,
  v.                                         **Judgment in a Civil Case**
JAMES BARTON HORN,
        Respondent.                    Case Number: 5:07-HC-2177-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** the court concludes that the respondent is not a sexually dangerous person under the Adam Walsh Act and this action is hereby dismissed.

This Judgment Filed and Entered on December 8, 2011, with service on:
Jerry Wayne Leonard, (via CM/ECF Notice of Electronic Filing)
G. Norman Acker, III, Michael D. Bredenberg, Michael E. Lockridge, R.A. Render, Jr. (via CM/ECF Notice of Electronic Filing)
Record Center, FCI-Butner P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

December 8, 2011                                    /s/ Dennis P. Iavarone
                                                      Clerk